UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X

PATRICK DONOHUE, as Parent and Natural Guardian of S.J.D., and PATRICK DONOHUE, Individually, et al.,

                        *Plaintiffs*,

-against-

DAVID C. BANKS, in his official capacity as Chancellor of the New York City Department of Education; NEW YORK CITY DEPARTMENT OF EDUCATION; and BRAD LANDER, in his official capacity as Comptroller of the City of New York,

                        *Defendants*.

------------------------------------------------------------------- X

**NOTICE OF CROSS-MOTION**

22-CV-8998 (JPC)

**PLEASE TAKE NOTICE** that, upon the accompanying Local Rule 56.1 Statement dated March 22, 2023, Declaration of Jacquelyn Dainow dated March 22, 2023, and the exhibits annexed thereto, Defendants' Memorandum of Law in Opposition to Plaintiffs' Motion for Summary Judgment and in Support of Defendants' Cross-Motion for Summary Judgment dated March 22, 2023, and all pleadings and prior proceedings herein, Defendants will cross-move this Court, before the Honorable John P. Cronan, United States District Judge, at the Daniel P. Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, at a date and time to be determined by the Court, for an Order pursuant to Rule 56 of the Federal Rules of Civil Procedure, granting Defendants' cross-motion for summary judgment, dismissing the Complaint in its entirety, and granting Defendants such other and further relief as the Court shall deem just and proper.

**PLEASE TAKE FURTHER NOTICE**, per the Court's Order issued March 20, 2023 (ECF No. 62), Plaintiffs' Opposition to Defendants' Cross-Motion for Summary Judgment

shall be filed by April 13, 2023, and Defendants' Reply in Support of their Cross-Motion for Summary Judgment shall be filed by April 27, 2023.

Dated: New York, New York
March 22, 2023

        **HON. SYLVIA O. HINDS-RADIX**
        Corporation Counsel
        of the City of New York
        *Attorney for Defendants*
        100 Church Street
        New York, New York 10007
        (212) 356-0896

By:    s/Jacquelyn Dainow
        Jacquelyn A. Dainow, Esq.
        Assistant Corporation Counsel

To:    Ashleigh C. Rousseau, Esq.
        Rory Bellantoni, Esq.
        Brain Injury Rights Group, Ltd.
        *Counsel for Plaintiffs*
        (via ECF)