UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
PATRICK DONOHUE, as Parent and Natural
Guardian of S.J.D., and PATRICK
DONOHUE Individually, *et al.*    Docket No. 22-cv-08998 (JPC)

            *Plaintiffs*,    **NOTICE OF MOTION TO**
  v.    **WITHDRAW AS COUNSEL**

DAVID C. BANKS, in his official capacity
as Chancellor of New York City Department
of Education, and THE NEW YORK CITY
DEPARTMENT OF EDUCATION,

            *Defendants*.
--------------------------------------------------------X

    **PLEASE TAKE NOTICE** that pursuant to Rule 1.4 of the Local Rules for the United States District Courts for the Southern and Eastern Districts of New York, I, Ashleigh C. Rousseau, Esq., attorney for the Plaintiffs and their respective disabled children, hereby respectfully request leave to withdraw as one of the attorneys of record. I will be leaving the Brain Injury Rights Group, Ltd. for another employment opportunity **effective Friday, May 5, 2023**, and will no longer be able to assist in this matter after that date. My colleagues at the Brain Injury Rights Group, Ltd. will continue to represent the Plaintiffs in this matter.

    Accordingly, the undersigned respectfully requests that the Court grant leave to withdraw as counsel, and that my appearance as counsel on the Court's Docket be terminated forthwith.

Dated: May 2, 2023
       New York, New York

Respectfully Submitted,

/s/_____
Ashleigh C. Rousseau, Esq. (5801923)
Brain Injury Rights Group, Ltd.
*Attorneys for Plaintiffs*
300 East 95th Street, Suite 130
New York, NY 10128
ashleigh@pabilaw.org

Because Ms. Rousseau has not indicated whether she is asserting a retaining or charging lien, as required by Local Civil Rule 1.4, the Court assumes that she is not, and on that assumption respectfully directs the Clerk of Court to terminate Ms. Rousseau as attorney of record in this case.

SO ORDERED
Date: May 15, 2023
New York, New York

_____
JOHN P. CRONAN
United States District Judge

1