UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                     :

PATRICK DONOHUE, as parent and natural guardian of  :
S.J.D., and PATRICK DONOHUE, individually, *et al.*,     :
                                                     :

                               Plaintiffs,           :                  22 Civ. 8998 (JPC)

                                                     :

                   -v-                          :                      <u>ORDER</u>

                                                   :

DAVID C. BANKS, in his official capacity as Chancellor  :
of the New York City Department of Education, *et al.*,   :
                                                     :

                               Defendants.      :

------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      The Court has scheduled a status conference for November 14, 2023, at 9:00 a.m., to discuss the contents of the parties' October 25, 2023 letter to the Court.  Dkts. 90, 91.  In their letter, the parties raised, among other issues, an outstanding dispute related to tuition payments for Student-Plaintiff J.B.  Dkt. 90.  Accordingly, the Court orders the parties to submit the "Pendency Order relative to J.B.'s 2022-2023 ESY, issued by IHO Leah Murphy on September 27, 2022," Dkt. 90 at 2, no later than 5:00 p.m. today, November 13, 2023.

      SO ORDERED.

Dated: November 13, 2023
      New York, New York

                                                JOHN P. CRONAN
                                      United States District Judge