**BRAIN INJURY RIGHTS GROUP**

Address: 300 E 95th St., Suite #130 New York, NY 10128
Telephone: 646.850.5035
Website: www.braininjuryrights.org

August 28, 2024

**VIA ECF**

Honorable John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

> The request is granted. The telephone conference originally scheduled for September 3, 2024, at 3:30 p.m., is rescheduled for September 3, 2024, at 4:30 p.m.
>
> SO ORDERED
> August 28, 2024 New York, New York
>
> JOHN P. CRONAN
> United States District Judge

Re: ***Donohue et al. v. Banks et al.*, 22-cv-08998 (JPC)**

Dear Judge Cronan:

    As you may recall, the undersigned represents the Plaintiffs in the above-referenced matter. I respectfully request an adjournment of the telephone conference scheduled before Your Honor on September 3, 2024, at 3:30 p.m. Unfortunately, I have a previously scheduled telephone conference in *Ramos et al. v. Banks et al.*, 24-cv-5109 and *Bruckauf et al. v. Banks et al.*, 24-cv-5136 with Judge Schofield at 3:00 p.m. on the same day. The conference with Judge Schofield should be completed by 4:00 p.m.[1]

    As the attorney most familiar with the facts and issues in this case, I trust the Court would prefer to hear from me rather than another attorney assigned to cover the appearance. Accordingly, I respectfully ask the Court to consider rescheduling the conference to a time either before 2:00 p.m. or after 4:00 p.m. on September 3 or 4, or any other time that suits the Court's schedule.

    The Plaintiffs thank the Court for its courtesy and consideration.

Respectfully submitted,

*Rory J. Bellantoni*

Rory J. Bellantoni (RB2901)

Cc: All counsel

---

[1] I have an in-person conference on September 4, 2024, at 3:00 p.m. before Judge Rochon.