UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
PATRICK DONOHUE, as Parent and Natural Guardian :
of S.J.D., and PATRICK DONOHUE, Individually, *et al.*, :
:
Plaintiffs, :
: 22 Civ. 8998 (JPC)
-v- :
: ORDER
DAVID C. BANKS, in his Official Capacity as :
Chancellor of the New York City Department of :
Education, *et al.*, :
:
Defendants. :
:
---------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

Plaintiffs' submissions reference a declaration from Arthur Mielnik, the Director of Strategic Planning at iBRAIN. *See, e.g.*, Dkt. 118 at 1. Plaintiffs shall submit Mielnik's declaration to the Court at least twenty-four hours in advance of the conference currently scheduled for December 3, 2024, at 3:00 p.m.

SO ORDERED.

Dated: November 27, 2024
New York, New York

_____
JOHN P. CRONAN
United States District Judge