UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
                                                                      :
PATRICK DONOHUE, as Parent and Natural Guardian    :
of S.J.D., and PATRICK DONOHUE, Individually, *et al.*, :
                                                                      :
                            Plaintiffs,                               :
                                                                      :                    22 Civ. 8998 (JPC)
               -v-                                                    :
                                                                      :                    ORDER
DAVID C. BANKS, in his Official Capacity as                :
Chancellor of the New York City Department of         :
Education, *et al.*,                                            :
                                                                      :
                            Defendants.                               :
                                                                      :
----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

  The Court has reviewed the session notes provided by Plaintiffs' counsel in advance of the evidentiary hearing currently scheduled for January 7, 2025.  For each student whose eligibility for transportation reimbursement remains at issue, there are several days for which reimbursement is sought but the relevant session notes indicate that the student was "absent" from iBrain for at least part of the day.  For each such instance, counsel for Plaintiffs should be prepared to discuss at the upcoming hearing whether reimbursement is appropriate and why.  Counsel should also be prepared to address to what extent Sisters Travel and Transportation Services, LLC provided transportation to that student on any such day.  In particular, counsel should be prepared to discuss the following days for the following students:

- D.O.
    - December 2, 2022
    - December 5, 2022
    - April 17, 2023
    - April 19, 2023
    - April 20, 2023
    - May 23, 2023

- o June 13, 2023
- o June 16, 2023
- o June 20, 2023
- J.B.
  - o March 30, 2023
  - o August 11, 2022
  - o December 22, 2022
- S.J.D.
  - o August 9, 2022
  - o September 22, 2022
  - o October 7, 2022
  - o October 24, 2022
  - o November 21, 2022
  - o December 14, 2022
  - o January 25, 2023
- Z.C.
  - o January 4, 2023
  - o January 25, 2023
  - o February 1, 2023
  - o April 6, 2023

SO ORDERED.

Dated: January 2, 2025
New York, New York

_____
JOHN P. CRONAN
United States District Judge